UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

JENNIFER HAMMOND,

                **Plaintiff,**

           v.                                          Civil No.3:14-cv-01308-TC

CAROLYN W. COLVIN, Acting Commissioner
of Social Security,

                **Defendant.**

## JUDGMENT

Pursuant to the ORDER signed on December 19, 2015, this action is reversed and remanded to the Commissioner of Social Security for further proceedings consistent the identified errors of the Administrative Law Judge and for any further proceedings useful in the disability determination.

Dated this 19th day of December 2015.

*/s/ Ann Aiken*

Ann Aiken
United States District Judge

JUDGMENT